■ STEPHEN LOPEZ, Respondent, v YM & YWHA OF MID-WESTCHESTER, Appellant. [715 NYS2d 666] —In an action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Westchester County (Fredman, J.), entered November 1, 1999, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The Supreme Court correctly denied the defendant's motion for summary judgment since there are triable issues of fact. O'Brien, J. P., Goldstein, Florio and McGinity, JJ., concur.